IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC. ACTION NO. |
| v. ) | 2:22mc3984-MHT |
| ) | (WO) |
| KYUNGSHIN LEAR, ) | |
| Montgomery, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| COURTNEY STANTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the government's unopposed motion to reduce the wage-withholding amount under the writ of garnishment (Doc. 7), it is ORDERED that:

(1) The motion is granted.

(2) The amount to be withheld by the garnishee, Kyungshin Lear, under the writ of garnishment is reduced from 25 % of disposable earnings to 17 % of disposable earnings per pay period.

DONE, this the 21st day of November, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE